Date signed April 15, 2007



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:**    **Case No.: 07–11272 – NVA**    **Chapter: 7**

Daniel P O'Neil  
3609 Parkhurst Way  
Nottingham, MD 21236

Lisa L O'Neil  
3609 Parkhurst Way  
Nottingham, MD 21236

Creditor – CitiFinancial Mortgage Company, Inc.

Reaffirmation – 27

## STATEMENT OF REVIEW

    The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:    Debtor(s)  
        Attorney for Debtor(s) – Christopher M. Fascetta  
        Chapter 7 Trustee – Charles R. Goldstein  
        Creditor – CitiFinancial Mortgage Company, Inc.

**34.4** – *edevine*

## End of Order